CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
CHRISTOPHER BURTON
Nevada Bar Number 12940
SUSAN CUSHMAN
KIMBERLY SOKOLICH
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Christopher.Burton4@usdoj.gov
Susan.Cushman@usdoj.gov
Daniel.Clarkson@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER AND TRAP AND TRACE DEVICE | Case No. 2: 2:21-mj-00394-VCF<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| GOVERNMENT'S APPLICATION FOR EX PARTE DISCLOSURE OF TAX RETURNS AND RETURN INFORMATION | Case No. 2:21-mj-00375-VCF<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER AND TRAP AND TRACE DEVICE | Case No. 2:21-mj-00394-VCF<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| PRIORITY MAIL PARCEL BEARING TRACKING NUMBER 9114 9023 0722 4923 2703 15, ADDRESSED TO COLIN NIES, 419 11TH AVE., APT 2, BELMAR NJ 07719-2407 | Case No.: 2:21-mj-00487-VCF<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |

|   |   |
|---|---|
| PRIORITY MAIL PARCEL BEARING TRACKING NUMBER 9114 9023 0722 4923 2708 72, ADDRESSED TO ZACH BERMAN, 144 MORELAND AVE NE, UNIT 659, ATLANTA, GA 30307 | Case No. 2:21-mj-00486-VCF<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER **(702) 443-8354** | Case No. 2:21-mj-00476-VCF<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |

The United States of America, by and through CHRISTOPHER CHIOU, Acting United States Attorney, and Christopher Burton, Susan Cushman, and Kimberly Sokolich, Assistant United States Attorneys, respectfully move this Honorable Court for an Order to UNSEAL the above-captioned cases. Specifically, the undersigned requests to unseal these items and all related documents in anticipation of producing the same as discovery in Case No. 2:21-cr-00190-APG-EJY.

**DATED** this 30th day of November, 2021.

Respectfully,

CHRISTOPHER CHIOU
Acting United States Attorney

KIMBERLY SOKOLICH
CHRISTOPHER BURTON
Assistant United States Attorneys

2

CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
CHRISTOPHER BURTON
Nevada Bar Number 12940
SUSAN CUSHMAN
KIMBERLY SOKOLICH
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Christopher.burton4@usdoj.gov
Susan.Cushman@usdoj.gov
Daniel.Clarkson@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER AND TRAP AND TRACE DEVICE | Case No. 2: 2:21-mj-00394-VCF<br><br>**ORDER TO UNSEAL CASE** |
| GOVERNMENT'S APPLICATION FOR EX PARTE DISCLOSURE OF TAX RETURNS AND RETURN INFORMATION | Case No. 2:21-mj-00375-VCF<br><br>**ORDER TO UNSEAL CASE** |
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER AND TRAP AND TRACE DEVICE | Case No. 2:21-mj-00394-VCF<br><br>**ORDER TO UNSEAL CASE** |
| PRIORITY MAIL PARCEL BEARING TRACKING NUMBER 9114 9023 0722 4923 2703 15, ADDRESSED TO COLIN NIES, 419 11TH AVE., APT 2, BELMAR NJ 07719-2407 | Case No.: 2:21-mj-00487-VCF<br><br>**ORDER TO UNSEAL CASE** |

| | |
|---|---|
| PRIORITY MAIL PARCEL BEARING TRACKING NUMBER 9114 9023 0722 4923 2708 72, ADDRESSED TO ZACH BERMAN, 144 MORELAND AVE NE, UNIT 659, ATLANTA, GA 30307 | Case No. 2:21-mj-00486-VCF<br><br>**ORDER TO UNSEAL CASE** |
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER, TRAP AND TRACE DEVICE AND CALLER IDENTIFICATION SERVICE, AND AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION, CELL SITE INFORMATION AND FOR A GPS TRACKING WARRANT ON CELLULAR TELEPHONE NUMBER **(702) 443-8354** | Case No. 2:21-mj-00476-VCF<br><br>**ORDER TO UNSEAL CASE** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant cases shall be unsealed.

DATED this 20 day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE